Quintin Irving BROWN, Petitioner–
Appellant,

v.

Stanley K. YOUNG, Warden; Harold W.
Clarke, Director of the Virginia De-
partment of Corrections, Respon-
dents–Appellees.

No. 12–6225.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Quintin Irving Brown, Appellant Pro Se.
Joshua Mikell Didlake, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before NIEMEYER, SHEDD, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Quintin Irving Brown seeks to appeal
the district court's order denying his Fed.
R.Civ.P. 60(b) motion for reconsideration
of the district court's order denying relief
on his 28 U.S.C. § 2254 (2006) petition.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2006); *Reid v. Angelone*, 369 F.3d 363,
369 (4th Cir.2004). A certificate of appeal-
ability will not issue absent "a substantial
showing of the denial of a constitutional
right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-

186

ble, and that the petition states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Brown has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*